UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 15-36276-H4-7 |
|---|---|---|
| | § | |
| Master Investment Group, a Texas | § | |
| General Partnership | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Randy W. Williams, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $3,674,165.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $99,212.09 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $10,787.91 | | |

3) Total gross receipts of $110,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $110,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $732,484.54 | $17,180.46 | $17,180.46 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,787.91 | $10,787.91 | $10,787.91 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $126,188.53 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $11,305.00 | $8,745,101.41 | $1,620,101.41 | $99,212.09 |
| **Total Disbursements** | $869,978.07 | $8,773,077.28 | $1,648,077.28 | $110,000.00 |

   4). This case was originally filed under chapter 7 on 11/30/2015. The case was pending for 25 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: 12/20/2017          By:   /s/ Randy W. Williams
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Claims against Liao for Damage resulting from breach of duty | 1149-000 | $110,000.00 |
| **TOTAL GROSS RECEIPTS** | | $110,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fort Bend County | 4110-000 | $0.00 | $16,566.97 | $16,566.97 | $0.00 |
| 2 | Harris County et al | 4110-000 | $0.00 | $613.49 | $613.49 | $0.00 |
| | Golden Bank, N.A. | 4210-000 | $300,000.00 | $0.00 | $0.00 | $0.00 |
| | Golden Bank, N.A. | 4210-000 | $432,484.54 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $732,484.54 | $17,180.46 | $17,180.46 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Randy W. Williams, Trustee | 2100-000 | NA | $10,000.00 | $10,000.00 | $10,000.00 |
| Green Bank | 2600-000 | NA | $787.91 | $787.91 | $787.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,787.91 | $10,787.91 | $10,787.91 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alief ISD | 5800-000 | $34,691.96 | $0.00 | $0.00 | $0.00 |
| | City of Houston c/o Tax Assessor-Collector | 5800-000 | $30,452.74 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | City of Sugar Land c/o Fort Bend County Tax Assessor/collector | 5800-000 | $3,494.41 | $0.00 | $0.00 | $0.00 |
| | Fort Bend Co. General Fund | 5800-000 | $5,142.90 | $0.00 | $0.00 | $0.00 |
| | Fort Bend County Drainage | 5800-000 | $232.26 | $0.00 | $0.00 | $0.00 |
| | Fort Bend ISD | 5800-000 | $14,820.40 | $0.00 | $0.00 | $0.00 |
| | Harris County | 5800-000 | $21,238.20 | $0.00 | $0.00 | $0.00 |
| | Harris County Dept. of Education | 5800-000 | $274.68 | $0.00 | $0.00 | $0.00 |
| | Harris County Flood Control District | 5800-000 | $1,384.54 | $0.00 | $0.00 | $0.00 |
| | Harris County Hospital District | 5800-000 | $8,612.20 | $0.00 | $0.00 | $0.00 |
| | Houston Community College System | 5800-000 | $5,164.38 | $0.00 | $0.00 | $0.00 |
| | Port of Houston Authority | 5800-000 | $679.86 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $126,188.53 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Kotatsu Yasukawa | 7100-000 | $0.00 | $1,500,000.00 | $0.00 | $0.00 |
| 4 | Shu Hua Liao | 7100-000 | $0.00 | $4,312,500.00 | $0.00 | $0.00 |
| 5 | Ho Chang Liao | 7100-000 | $0.00 | $1,312,500.00 | $0.00 | $0.00 |
| 6 | Good Luck Square, LLC | 7100-000 | $0.00 | $1,600,000.00 | $1,600,000.00 | $99,212.09 |
| 7 | Lambert & Jakob, PLLC | 7200-000 | $0.00 | $20,101.41 | $20,101.41 | $0.00 |
| | Carol Dawson | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Henry Jakob | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | J. Robert MacNaughton/Brad E. Porter | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | John Trueheart | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| | Ormar S. Alghali | 7100-000 | $11,300.00 | $0.00 | $0.00 | $0.00 |
| | Trang Q. Tran | 7100-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $11,305.00 | $8,745,101.41 | $1,620,101.41 | $99,212.09 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 15-36276-H4-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | MASTER INVESTMENT GROUP, A TEXAS GENERAL PARTNERSHIP | Date Filed (f) or Converted (c): | 11/30/2015 (f) |
| For the Period Ending: | 12/20/2017 | §341(a) Meeting Date: | 05/16/2016 |
| | | Claims Bar Date: | 09/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable | $35,165.00 | $35,165.00 | | $0.00 | FA |
| 2 | 6 Elderberry Trace, Sugarland, TX 77479 | $1,106,000.00 | $673,515.46 | | $0.00 | FA |
| 3 | 5850, 5860, 5870, 5880 Ranchester Dr., Houston, TX 77036 | $2,533,000.00 | $2,233,000.00 | | $0.00 | FA |
| 4 | Claims against SOCA Funding, LLC for theft of funds and mismanagement of Ranchester and recovery of income | $0.00 | $254,000.00 | | $0.00 | FA |
| 5 | Recovery of Ranchester | $0.00 | $2,533,000.00 | | $0.00 | FA |
| 6 | Claims against Liao for Damage resulting from breach of duty | $0.00 | Unknown | | $110,000.00 | FA |
| 7 | Potential Judgment/recovery Master Investment Group, et al. vs. SOCA Funding, Cause No. 2013-51102, in the 127th Judicial District Court, Harris County, Texas | Unknown | Unknown | | $0.00 | FA |
| 8 | SOCA Funding LLC vs. Howard Liao, Case No. 2014-36537 in the 33rd Judicial District Court, Harris County, Texas | Unknown | Unknown | | $0.00 | FA |
| Asset Notes: | this lawsuit is consolidated with asset number 6. | | | | | |
| 9 | Claim by the Debtor against Howard Liao for reimbursement of attorney fees to recover property if Debtor is successful against SOCA Funding, or in the alternative, for the value of property lost to SOCA Funding if unsuccessful | Unknown | Unknown | | $0.00 | FA |

| TOTALS (Excluding unknown value) | $3,674,165.00 | $5,728,680.46 | | $110,000.00 | Gross Value of Remaining Assets $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

03/28/2017    Received funds 3/16/17.  Trying to dismiss case.  If not, will hire accountant to prepare final return.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 15-36276-H4-7 | Trustee Name: | Randy W. Williams |
| Case Name: | MASTER INVESTMENT GROUP, A TEXAS GENERAL PARTNERSHIP | Date Filed (f) or Converted (c): | 11/30/2015 (f) |
| For the Period Ending: | 12/20/2017 | §341(a) Meeting Date: | 05/16/2016 |
| | | Claims Bar Date: | 09/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 12/31/2017      Current Projected Date Of Final Report (TFR):

/s/ RANDY W. WILLIAMS
RANDY W. WILLIAMS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-36276-H4-7 | | | Trustee Name: | Randy W. Williams |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MASTER INVESTMENT GROUP, A TEXAS GENERAL PARTNERSHIP | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7712 | | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/30/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2017 | (6) | englehardt | Payment pursuant to Trustee's Compromise | 1149-000 | $110,000.00 | | $110,000.00 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $103.06 | $109,896.94 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $160.17 | $109,736.77 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $177.08 | $109,559.69 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $182.49 | $109,377.20 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $165.11 | $109,212.09 |
| 08/08/2017 | 3001 | Randy W. Williams | | 2100-000 | | $10,000.00 | $99,212.09 |
| 08/08/2017 | 3002 | Good Luck Square, LLC | | 7100-000 | | $99,212.09 | $0.00 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $94.08 | ($94.08) |
| 09/01/2017 | | Green Bank | Reverse bank fee | 2600-000 | | ($94.08) | $0.00 |
| | | | TOTALS: | | $110,000.00 | $110,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $110,000.00 | $110,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $110,000.00 | $110,000.00 | |

| For the period of 11/30/2015 to 12/20/2017 | | For the entire history of the account between 03/16/2017 to 12/20/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $110,000.00 | Total Compensable Receipts: | $110,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,000.00 | Total Comp/Non Comp Receipts: | $110,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $110,000.00 | Total Compensable Disbursements: | $110,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,000.00 | Total Comp/Non Comp Disbursements: | $110,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-36276-H4-7 | Trustee Name: | Randy W. Williams |
|---|---|---|---|
| Case Name: | MASTER INVESTMENT GROUP, A TEXAS GENERAL PARTNERSHIP | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7712 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/20/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $110,000.00 | $110,000.00 | $0.00 |

**For the period of 11/30/2015 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $110,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $110,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/30/2015 to 12/20/2017**

| | |
|---|---|
| Total Compensable Receipts: | $110,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $110,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $110,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RANDY W. WILLIAMS

RANDY W. WILLIAMS